```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.I. et al,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

1:25-cv-01554 (JHR) (SDA)

**ORDER SCHEDULING CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 8.)

The parties are directed to appear for a telephonic conference on Friday, March 14, 2025, at 11:00 a.m. to discuss the status of the case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:      New York, New York
             March 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge